IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES ex rel. John Jop, | ) |
| | ) |
| Plaintiff, | ) CIVIL NO. 3:04CV13 |
| vs. | ) |
| MECKLENBERG EMERGENCY MEDICAL SERVICES AGENCY a/k/a MEDIC, | ) |
| Defendant. | ) |

## ORDER DISMISSING CASE WITHOUT PREJUDICE

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the Relator, John Jop, has requested an order voluntarily dismissing the instant action, without prejudice. For the reasons stated in the Plaintiff's Unopposed Motion for Voluntary Dismissal without Prejudice, and for good cause shown,

IT IS HEREBY ORDERED that this action is voluntarily dismissed in its entirety, without prejudice.

Dated: November 13, 2006

CARL HORN, III
UNITED STATES MAGISTRATE JUDGE